IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT BOEHM; DAVID STLUKA,

                Plaintiffs,                DEFAULT JUDGMENT

v.

                                                14-cv-16-jdp

DAN ZIMPRICH; CIARA ZIMPRICH;
LEGENDS OF THE FIELD, LLC;
SPORTS PLUS, LLC; GAMEDAY SPORTS;
and RICHARD MONCHER,

                Defendants.

---

Defendants Gameday Sports and Richard Moncher, having failed to appear, plead, or otherwise defend in this action, and default having been entered on June 6, 2014 as Docket No. 49, and counsel for plaintiffs having requested judgment against the defaulted defendants and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiffs and against defaulted defendants, as follows:

(1) liability on one count of willful copyright infringement against defendant Gameday Sports;

(2) liability on one count of willful copyright infringement against defendant Moncher;

(3) statutory damages of $100,000.00 against defendant Gameday Sports;

(4) statutory damages of $100,000.00 against defendant Moncher;

(5) a permanent injunction prohibiting defaulted defendants from copying, displaying, publishing, selling, or otherwise using any of plaintiffs' photographs identified in plaintiffs' filings in this action;

(6) an award of costs and attorney fees, under 17 U.S.C. § 505, against defaulted defendants, jointly and severally, in the amount of $18,342.03, and

(7) interest on the judgment at the legal rate until the judgment is satisfied.

Dated February 19, 2015.

                                                                                                              _/s/_____
                                                                                                              James D. Peterson
                                                                                                              District Judge